UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FOLAKEMI A. O.,  Civil No. 21-2698 (JRT/DJF)

    Plaintiff,

v.  **ORDER ON REPORT AND RECOMMENDATION**

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security*,

    Defendant.

---

James H Greeman, **GREEMAN TOOMEY,** 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, for plaintiff.

Michael Moss, **SOCIAL SECURITY ADMINISTRATION,** Office of Program Litigation, Office 4, Office of the General Counsel, 6401 Security Boulevard, Baltimore, MD 21235, for defendant.

Magistrate Judge Dulce J. Foster filed the Report and Recommendation on December 28, 2022. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;
2. The Commissioner's Motion for Summary Judgment (ECF No. [17]) is **GRANTED**; and
3. Plaintiff's Motion for Summary Judgment (ECF No. [14]) is **DENIED**.

4. This matter is **DISMISSED**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 20, 2023  
at Minneapolis, Minnesota.

_____  
JOHN R. TUNHEIM  
United States District Judge